NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1064
(Reexamination No. 90/007,344)

IN RE SAMI LABS LIMITED

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Sami Labs Limited moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

__DEC 1 8 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Richard J. Berman, Esq.
       Raymond T. Chen, Esq.
s17

ISSUED AS A MANDATE: __DEC 1 8 2009__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK